UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00139

**Stanley Sanders,**
*Plaintiff,*

v.

**Bryan Collier et al.,**
*Defendants.*

**O R D E R**

Plaintiff Stanley Sanders, a former inmate of the Texas Department of Criminal Justice, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 and is represented by counsel. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

Defendants Collier, Babcock, Sandifer, and the Texas Department of Criminal Justice were dismissed by previous orders. Docs. 15, 26. On September 26, 2024, the magistrate judge issued a report recommending that the motion for summary judgment filed by Nina Tanner, the sole remaining defendant, be granted and that this case be dismissed in its entirety. Doc. 54. Plaintiff did not file objections to the report, and the time for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant Tanner's motion for summary judgment on the merits of plaintiff's claims (Doc. 51) is granted, and this case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on December 17, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge